FILED IN OPEN COURT

OCT 29 2025

CHRISTOPHER L. EKMAN, CLERK

KSC/EPS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM NO. 25-219-JB |
| | * | USAO NO. 2024R00316 |
| v. | * | |
| | * | VIOLATIONS: |
| BRADFORD SIMMONS | * | 18 U.S.C. §§ 2252A(a)(2) and (b) |
| | * | 18 U.S.C. §§ 2252A(a)(5) and (b) |
| | * | 18 U.S.C. § 1519 |
| | * | |
| | * | **FORFEITURE NOTICE** |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Receipt of Child Pornography
### Title 18, United States Code, Sections 2252A(a)(2) and (b)

On or about March 25, 2024, in the Southern District of Alabama, the defendant,

**BRADFORD SIMMONS,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit: he received files associated with the names fotub.net_fe3df16b11959 and fotub.net_298fzzwe13582 on his Samsung cell phone, model: Galaxy A71, serial number: R5CRB08HD4P.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## Count Two
### Receipt of Child Pornography
### Title 18, United States Code, Sections 2252A(a)(2) and (b)

On or about March 23, 2024, in the Southern District of Alabama, the defendant,

**BRADFORD SIMMONS,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to wit: he received files associated with the names 6n4b987z10768, f1qq2dbd12613, 1d5fmmfm4415, 6qef1bq411007, and 938d665e2934 on his Dell computer, model: Inspiron, serial number: 8D896F2 and external Seagate hard drive.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## Count Three
### Possession of Child Pornography
### Title 18, United States Code, Sections 2252A(a)(5) and (b)

From on or about December 10, 2023, to on or about March 26, 2024, the exact dates being unknown, in the Southern District of Alabama, the defendant,

**BRADFORD SIMMONS,**

knowingly possessed material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: he possessed files referencing files names associated with the following:

| File Name | MD5 Value(s) |
|---|---|
| 000276 | 7187b98e110a77f9de755a545041ae08 <br> 56bc99ad4cbfc4d9916a8eb86d3cc805 <br> e45459652072d7a7829f2dc6d1fd8024 |
| 000284 | ef1e06b461a7ac91cb933497e81f7dab |
| 00266 | 70c5e475730e60a14dfa7e1d993f6dbf <br> 59859ce969e85c1fd302de93b8eeaa6b <br> 896f71f91ed4fe984d89f67a1453efba |

on his external Seagate hard drive.

In violation of Title 18, United States Code, Sections 2252A(a)(5) and (b).

### Count Four
### Possession of Child Pornography
### Title 18, United States Code, Sections 2252A(a)(5) and (b)

From on or about January 15, 2024, to on or about March 26, 2024, the exact dates being unknown, in the Southern District of Alabama, the defendant,

**BRADFORD SIMMONS,**

knowingly possessed material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, to wit: he possessed files referencing file names 00261 and 00262 and associated with MD5 values 2a428cf7f25bd91c371452caa194e0af and 33e9ad4f9923d01c21b140402874d47b on his external Seagate hard drive.

In violation of Title 18, United States Code, Sections 2252A(a)(5) and (b).

## Count Five
### Possession of Child Pornography
### Title 18, United States Code, Sections 2252A(a)(5) and (b)

On or about March 26, 2024, in the Southern District of Alabama, the defendant,

**BRADFORD SIMMONS,**

knowingly possessed material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, to wit: he possessed files referencing files names associated with the following:

- "13-14yo Acacia Johnson"
- "Michelle-014"
- "Mila-027"
- "Девочки в кустах file 1826"
- "Девочки в кустах file 6521"
- "Девочки в кустах file 678"
- mfw4mfmn9157
- (Pthc Lolifuck) Xxx 14Yo Girl Gets A Huge Facial Hq And Sound (New 2011)
- 9aa16wq811253

on his external Seagate hard drive.

In violation of Title 18, United States Code, Sections 2252A(a)(5) and (b).

## Count Six
### Destruction and Alteration of Records
### Title 18, United States Code, Section 1519

From on or about March 8, 2024, to on or about March 23, 2024, in the Southern District of Alabama, the defendant,

BRADFORD SIMMONS,

did knowingly alter, destroy, mutilate, conceal, cover up, and falsify any record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States, and in relation to and contemplation of such matter, committed the following act, to wit: during the course of a contemplated federal investigation in the Southern District of Alabama, erased, altered, destroyed, mutilated, and covered up the contents of his Dell Inspiron computer and/or Seagate external hard drive containing evidence related to receipt and distribution of child pornography.

In violation of Title 18, United States Code, Section 1519.

### FORFEITURE NOTICE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. §2253.

Upon conviction to the offense charged in Counts One through Five, the following property is subject to forfeiture pursuant to Section 2253:

a) Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during this offense;

b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of this offense; and

c) Any property, real or personal, used or intended to be used to commit or promote this offense.

d) If, as set forth in 21 U.S.C. § 853(p), any of the property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), or (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1) One cell phone, make: Samsung, model: Galaxy A71, serial number: R5CRB08HD4P;

2) One desktop computer, make: Dell, model: Inspiron, serial number: 8D896F2; and

3) One external hard drive, make: Seagate Back Up Plus.

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

_____
KACEY CHAPPELEAR
Assistant United States Attorney

_____
ELIZABETH P. STEPAN
Assistant United States Attorney

_____ for KSH
KASEE S. HEISTERHAGEN
Chief, Criminal Division                    OCTOBER 2025